# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:07-631 (TLW)</u> |
| | ) | USM No: <u>15175-171</u> |
| -versus- | ) | <u>Pro se</u> |
| | ) | Defendant's Attorney |
| **Warren Jermaine Wigfall** | ) | |
| | ) | |
| Date of Previous Judgment: <u>May 20, 2008</u> | ) | |
| *(Use Date of Last Amended Judgment if Applicable* | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is **<u>DENIED (Docs.# 82 & # 83)</u>.**  This case does not qualify because the mandatory minimum overrides the guidelines.  Accordingly, the guideline range is unaffected by Amendment 750.

**IT IS SO ORDERED**.

| | | |
|---|---|---|
| Order Date: | <u>April 9, 2012</u> | <u>s/ Terry L. Wooten</u> |
| | | *Judge's signature* |
| | | |
| Effective Date: | | <u>Terry L. Wooten, United States District Judge</u> |
| *(if different from above)* | | |